UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHN TILLOTSON,**

    **Plaintiff,**

**v.**                                                        Case No.  8:05-cv-2345-T-30MSS

**WERNER ENTERPRISES, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

    Before the Court is the Stipulation for Voluntary Dismissal With Prejudice (Dkt. #117).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on September 27, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-2345.dismissal 117.wpd